UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MICHAEL MARIGLIANO,**<br><br>        **Plaintiff,**<br><br>        v.<br><br>**DREAMWORKS ANIMATION LLC AND BNTR BURBANK HOLDINGS LLC, AND DOES 1 TO 25, INCLUSIVE,**<br>Defendants. | Case No. 2:25-cv-07416<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO LIMIT PLAINTIFF, MICHAEL MARIGLIANO'S DAMAGES** |

## ORDER GRANTING JOINT MOTION

This Following review of the Joint Stipulation to Limit Plaintiff's Damages, Plaintiff's agreement to limit his damages to $74,999.99, and good cause having been shown, the Court directs the Clerk of Court to remand this action to the Los Angeles County Superior Court, Case No.: 24NNCV06282.

**IT IS SO ORDERED**.

Dated: May 29, 2026

_____

HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

1
PROPOSED ORDER